# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1661

_____

RONALD WHEELER,

Appellant,

v.

STATE OF FLORIDA DEPT. OF
HEALTH, BD. OF MEDICINE,

Appellee.

_____

An appeal from order of State of Florida Department of Health,
Board of Medicine.
Enrique Ginzburg, M.D., Vice Chair, Department of Health.

March 13, 2018

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Stephen M. Slepin, of The Maddox Horne Law Firm, Tallahassee,
for Appellant.

Mari H. McCully, of the Florida Department of Health, Tallahassee, for Appellee.